UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
-----------------------------------------------------------X
MELANIE TOLBERT,

                PLAINTIFF,                Docket No.: 1:20-cv-01734-NYW

v.

HIGH NOON PRODUCTIONS, LLC,
HIGH NOON PRODUCTIONS, LLC d/b/a
HIGH NOON ENTERTAINMENT, and
HIGH NOON ENTERTAINMENT,

                DEFENDANTS.
-----------------------------------------------------------X

## NOTICE OF MOTION TO SEAL COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum and attached Exhibit thereto, dated June 12, 2020, and, all pleadings and proceedings heretofore had herein, Plaintiff MELANIE TOLBERT will move this Court on a date to be determined by the Court at the United States District Court, District of Colorado, for an Order sealing the Complaint and allowing for a redacted Complaint to be filed on the Court's public Docket herein.

**WHEREFORE**, Plaintiff so moves this Honorable Court to seal the Complaint in this cause until further order of the Court.

Dated: June 12, 2020

                                            Respectfully Submitted By:

                                            /s/ JoAnn Squillace
                                            JoAnn Squillace, Esq.
                                            DRUMMOND & SQUILLACE, PLLC
                                            Attorneys for Plaintiff MELANIE TOLBERT
                                            175-61 Hillside Avenue, Suite 205
                                            Jamaica, New York 11432
                                            Tel: (718) 298-5050
                                            Fax: (718) 298-5554
                                            jsquillace@dswinlaw.com

/s/ H. Edgar Howard
H. Edgar Howard, Esq.
FORD, HOWARD & CORNETT, P.C.
Attorneys for Plaintiff MELANIE TOLBERT
P.O. Box 388
Gadsden, AL 35902
Tel: (256) 546-5432
Fax: (256) 546-5435
ed@fordhowardcornett.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that, on June 12, 2020, I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

High Noon Productions, LLC d/b/a;
High Noon Entertainment
c/o Susan McLoon Hodson, Registered Agent
The Hodson Law Firm, P.C.
1129 East 17th Ave.
Denver, CO 80218

Dated: June 12, 2020

/s/ JoAnn Squillace, Esq.

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

-------------------------------------------------------------------------X

MELANIE TOLBERT,

                PLAINTIFF,                Docket No.: 1:20-cv-01734-NYW

    v.

HIGH NOON PRODUCTIONS, LLC,

HIGH NOON PRODUCTIONS, LLC d/b/a

HIGH NOON ENTERTAINMENT, and

HIGH NOON ENTERTIANMENT,

                DEFENDANTS.

-------------------------------------------------------------------------X

## NOTICE OF MOTION

***DRUMMOND & SQUILLACE, PLLC***
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
Tel: (718) 298-5050; Fax: (718) 298-5554

**FORD, HOWARD & CORNETT, P.C.**
140 South 9th Street
Gadsen, Alabama 35901

Tel: (256) 546-5432; Fax: (256) 546-5435

***Attorneys for Plaintiff MELANIE TOLBERT***