UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
-------------------------------------------------------------X
MELANIE TOLBERT,

                PLAINTIFF,              Docket No.: 1:20-cv-01734-NYW

    v.
HIGH NOON PRODUCTIONS, LLC,
HIGH NOON PRODUCTIONS, LLC d/b/a
HIGH NOON ENTERTAINMENT, and
HIGH NOON ENTERTAINMENT,
                    DEFENDANTS.
-------------------------------------------------------------X

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO SEAL COMPLAINT

Plaintiff MELANIE TOLBERT respectfully submits this Memorandum in Support of her motion to seal the Complaint filed in this action and for permission to file a redacted Complaint on the Court's public Docket.

Comes now Plaintiff MELANIE TOLBERT and moves this Honorable Court to seal the Complaint filed heretofore in this action. As grounds therefor, Plaintiff would show unto the Court as follows:

1.      Suggestion has been made by a representative of a Defendant that the Complaint contains material subject to a non-disclosure agreement between a Defendant and Plaintiff.

2.      Plaintiff denies any breach of a non-disclosure agreement and denies that any such agreement prevents Plaintiff from including factual material in her pleadings before this Honorable Court.

3.      Further, Plaintiff is obliged to plead her allegations of copyright infringement with specificity, and any material in the complaint subject to such agreement is necessary to be asserted in the Complaint; and has been.

4.      Plaintiff avers that if there is indeed any "protected" material in the Complaint, the Court's granting of this motion will avert any harm caused by the specificity of Plaintiff's pleadings.

5.      Under Tenth Circuit jurisprudence, it is presumed that civil actions are to be conducted publicly as Courts have long recognized a common-law right of access to judicial records.  See Nixon v. Warner Communications Inc., et.al., 435 U.S. 589, 597 (1978); Lanphere & Urbaniak v. Colorado, 21 F.3d 1508, 1511 (10th Cir. 1994).

6.      Nonetheless, it is in the interest of both parties to the action for the Court to seal the Complaint, temporarily, and any infringement on the public's access to the record would be only temporary, subject to further decision by the Court.

7.      No prejudice will accrue to the Court or to any Defendants, or to the public, from the Court's granting of this motion.

8.      The Complaint is being sent out for process but has yet to be served upon the Defendants herein.

9.      The Complaint can always be unsealed in due course, to address any public access concerns.

10.     Attached hereto as Exhibit "A" is a copy of the proposed redacted Complaint for filing on the public Docket in lieu of the sealed Complaint requested herein.

**WHEREFORE,** Plaintiff so moves this Honorable Court to seal the Complaint in this cause until further order of the Court.

Dated: June 12, 2020

Respectfully Submitted By:


/s/ JoAnn Squillace
JoAnn Squillace, Esq.
DRUMMOND   &   SQUILLACE,   PLLC
Attorneys for Plaintiff MELANIE TOLBERT
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
Tel: (718) 298-5050
Fax: (718) 298-5554
jsquillace@dswinlaw.com


/s/ H. Edgar Howard
H. Edgar Howard, Esq.
FORD, HOWARD & CORNETT, P.C.
Attorneys for Plaintiff MELANIE TOLBERT
P.O. Box 388
Gadsden, AL 35902
Tel: (256) 546-5432
Fax: (256) 546-5435
ed@fordhowardcornett.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using

the CM/ECF system, and I hereby certify that, on  June 12, 2020, I have mailed by United States

Postal Service the document to the following non-CM/ECF participants:


High Noon Productions, LLC d/b/a;
High Noon Entertainment
c/o Susan McLoon Hodson, Registered Agent
The Hodson Law Firm, P.C.
1129 East 17th Ave.
Denver, CO 80218

Dated: June 12, 2020

/s/ JoAnn Squillace, Esq.

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

-------------------------------------------------------------------------X

MELANIE TOLBERT,

                         PLAINTIFF,                        Docket No.: 1:20-cv-01734-NYW

          v.

HIGH NOON PRODUCTIONS, LLC,

HIGH NOON PRODUCTIONS, LLC d/b/a

HIGH NOON ENTERTAINMENT, and

HIGH NOON ENTERTIANMENT,

                         DEFENDANTS.

-------------------------------------------------------------------------X

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO SEAL COMPLAINT

***DRUMMOND & SQUILLACE, PLLC***
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
Tel: (718) 298-5050; Fax: (718) 298-5554

**FORD, HOWARD & CORNETT, P.C.**
140 South 9th Street
Gadsen, Alabama 35901

Tel: (256) 546-5432; Fax: (256) 546-5435

***Attorneys for Plaintiff MELANIE TOLBERT***