IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01734
-----------------------------X
MELANIE TOLBERT,

    Plaintiff,

v.

HIGH NOON
PRODUCTIONS, et.al.,

    Defendants.
-----------------------------X

## SECOND SUPPLEMENTAL SCHEDULING ORDER

### 9. CASE PLAN AND SCHEDULE

    d.    Expert Witness Disclosure

        1. The parties shall identify anticipated fields of expert testimony, if any.

        Plaintiff:  Plaintiff anticipates expert testimony in the fields of including, but not limited to: Forensic Computer/Electronic Discovery Expert; Substantial Similarity Expert; Fair Use Expert and/or Damages Expert. Plaintiff reserves the right to amend, add, change, modify and/or otherwise supplement the foregoing in accordance with the FRCP, the FRE and the Rules of this Court. Plaintiff will serve all required Expert Disclosures in accordance with the FRCP, the FRE and/or the Rules of this Honorable Court as well as in accordance with the Initial Joint Scheduling Order filed in the within matter.

DATED at Denver, Colorado, this _____ day of _____, 20___.

                                                      BY THE COURT

                                                      _____
                                                      United States Magistrate Judge

APPROVED:

November 6, 2020

/s/ JoAnn Squillace
JoAnn Squillace, Esq.
Drummond & Squillace, PLLC
175-61 Hillside Avenue, Suite 205
Jamaica, New York 11432
Tel. (718) 298-5050
jsquillace@dswinlaw.com

*Attorneys for Plaintiff Melanie Tolbert*