IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| MELANIE TOLBERT, ) | |
| ) | |
|     PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO.: |
| ) | 1:20-cv-01734-DDD-NYW |
| HIGH NOON PRODUCTIONS, LLC, ) | |
| et al, ) | |
| ) | |
|     DEFENDANTS. ) | |

**EMERGENCY PLAINTIFF MOTION FOR LEAVE TO RESTRICT EXHIBIT J FROM RESPONSE TO DEFENSE MOTION FOR SUMMARY JUDGMENT**

Earlier today, Plaintiff filed her Response to Defendant High Noon's Motion for Summary Judgment [Doc. 77]. Plaintiff inadvertently filed with her Response as Exhibit J [Doc. 77-11] a document marked as confidential under the governing protective order. Plaintiff now asks the Court for leave to have this document designated as Level 1 restricted under local rule D.C.COLO.LCivR 7.2(b).

The document was produced by the defense and labeled as confidential. The document contains certain financial budget information that should be kept confidential from the general public. Defendant High Noon could be harmed if its competitors have access to the information. Such access is easily prevented by marking this document as Level 1 restricted.

For these reasons, Plaintiff asks the court to order this document restricted as discussed above.

    Respectfully submitted,
    /s/ *Gregory W. Marcum*
    **Gregory W. Marcum**
    greg.marcum@marcumpc.com
    SBN 24002525
    1 Greenway Plaza, Suite 100
    Houston, Texas 77046

Office: 713.270.0097<br>
Fax: 713.553.5334<br>
**ATTORNEY FOR PLAINTIFF**<br>
**MELANIE TOLBERT**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all named party recipients.

This 12th day of March, 2021.

/s/ Gregory W. Marcum<br>
Certifying Attorney

cc: **Michael Beylkin**
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO 80202
mbeylkin@foxrothschild.com

**David Aronoff**
FOX ROTHSCHILD LLP
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
daronoff@foxrothschild.com