# Exhibit A

## to the Declaration of Lars Schou

## in Support of High Noon's Motion for Summary Judgment

## in

*Tolbert v. High Noon Productions, LLC, et al.*, No. 1:20-cv-01734-DDD-NYW (D. Colo.)

Epiq | e-Discovery
Forensics and Collections

# Epiq Forensic Analysis Report – Matter CHU0186



**Prepared by:**

Lars Schou
Senior Forensic Consultant
Epiq
3255 E. Elwood Street, Suite 110
Phoenix, AZ 85034

*[signature: Lars Schou]*

**Prepared for:**

Michael Beylkin, Partner
Fox Rothschild LLP
1225 17th Street, Suite 2200
Denver, CO 80202



Date:    04/02/2021

# Table of Contents

Forensic Consultant ............................................................................................................. 3
Examination Location.......................................................................................................... 3
Executive Summary ............................................................................................................ 3
Objective.............................................................................................................................. 4
Tools Utilized ...................................................................................................................... 4
Specific Factual Findings .................................................................................................... 4
Compensation.....................................................................................................................14
Reserved Right to Report Revisions ..................................................................................14
Witness Qualifications and Prior Testimony .....................................................................14
Attachments........................................................................................................................14

Date:    04/02/2021

### Forensic Consultant

Lars Schou    415-470-6010, lars.schou@epiqglobal.com

### Examination Location

Epiq
3255 E. Elwood Street, Suite 110
Phoenix, AZ 85034

### Executive Summary

High Noon Productions, LLC ("High Noon"), through its counsel with Fox Rothschild LLP, has retained Epiq to provide forensic analysis and data collection services in the matter of MELANIE TOLBERT v. HIGH NOON PRODUCTIONS, LLC, 1:20-cv-01734-DDD-NYW (D. Colo.).  In particular, Epiq has been retained to evaluate the reports and conclusions of plaintiff's designated experts David A. Land and John R. Troxel.

My analysis began on February 23, 2021 with a review of High Noon's email data that was previously collected and produced to plaintiff's counsel during the course of discovery (Bates label range HIGHNOON_00091 – 00926).

Epiq additionally collected email data from High Noon's former employee, Tina Seiler. That collection from Ms. Seiler's laptop computer was conducted on February 24, 2021 by Laura Davis, a Senior Forensic Analyst with Epiq.  This is understood to be the only available source of the native email data. I understand that prior materials had been collected from Ms. Seiler in PDF format only.  I reviewed materials from Epiq's collection that I understand were produced to plaintiff's counsel during the course of discovery as Bates label range TSEILER_00001 - TSEILER_00113.

Epiq also conducted collections of email data from High Noon's Google Vault archive on March 1, 2021.  I participated in that collection and reviewed materials from this collection that I understand were produced to plaintiff's counsel during the course of discovery as Bates label range HIGHNOON_00943 – HIGHNOON_05090.

Based on my review of the above materials, my conclusion is that the declarations of David A. Land and John R. Troxel contain statements with which I would disagree based upon my own knowledge and experience. In particular, my opinion is that their allegations of altered emails are not substantially supported by the evidence.  I saw no

Date:    04/02/2021

evidence that the emails produced in discovery by High Noon had been revised, altered or otherwise manipulated.  Rather, the emails as produced by High Noon in discovery were consistent with the available metadata, and the purported anomalies alleged by Mr. Land and Mr. Troxel appear to be attributable to mistakes in their analyses, the automated processes of computer operating systems and interface settings, and/or the effects of processing documents for production through Nuix/Relativity, as well as the fact that Mr. Land and Mr. Troxel based their reports on PDF documents, and not on the native file documents subsequently produced as TSEILER_00001 - TSEILER_00113 and HIGHNOON_00943 – HIGHNOON_05090, as is explained in more detail below.
.

## Objective

Perform supplementary collections of email data from High Noon's Google Vault archive for review by counsel for High Noon.

Review collected email data and report on findings.

Review and comment on findings in the declarations of Mr. Land and Mr. Troxel.

## Tools Utilized

**Google Vault**: Google's eDiscovery tool, used to search and export relevant emails for review and production.

**Magnet AXIOM**: Used to process the collected email for the review conducted for this report. It is an analysis platform with the ability to recover, analyze, and report on digital evidence and data from, among other things, emails.

**Gmail MIME Boundary Decoder**: Used to validate timestamps found in certain emails analyzed for this report.

## Specific Factual Findings

1.     In their respective declarations, Mr. Land and Mr. Troxel note that the High Noon produced emails are not "native", but only "near-native."  Specifically, Mr. Troxel states in paragraph 8 of his declaration that:

> "…for purposes of ESI production, "native" format is that format in which the file was originally created. All emails are created on a sender's system, so a native format would be the email application in which the message was created".

Date: 04/02/2021

With the introduction of webmail services such as Gmail, many users started interacting with their email accounts using a web browser, which typically will not store email data locally on the sender's computer or device.

However, even if by "email application" Mr. Troxel means the email server application as opposed to the application that the author of the email was using to write and send it, a native production of such data is often not practical.

I am informed that High Noon hosted their email with Google during the period where the emails at issue were sent and this is consistent with the information stored in the message headers of emails sent by High Noon employees that I have reviewed. Even if it were possible to export the full email database from Google in its native format, it would contain large amounts of irrelevant email, some of which would be confidential or legally privileged.

In my experience, a "near-native" production of emails in MSG format with the images of the same emails produced in TIFF or PDF format and the emails' extracted text produced in TXT format is industry standard and entirely appropriate.

2.  Mr. Land and Mr. Troxel note supposed irregularities and inconsistencies in timestamps appearing in the message body of certain emails, Mr. Land writing in the Conclusions section of his report that:

> "*Date stamps appear to be intentionally typed into document text having computer generated time stamps, and in so doing the author(s) of these document failed to include small items such as "AM" or "PM" or time zones as are found in any standard email.*"

As a preliminary matter, MIME boundaries are strings of text that delimit different parts of email messages. "MIME" stands for Multipurpose Internet Mail Extensions and is an internet standard that extends the format of email messages to support text in character sets other than ASCII, as well as attachments of audio, video, images, and application programs.[1] These strings of text are automatically processed by email applications, and they are typically not displayed to the user. These strings often contain encoded timestamps, and they can be of importance when authenticating emails. Parsing of certain emails sent by Katie Neff was performed using the technique and Gmail MIME Boundary Decoder tool described in this article: https://www.metaspike.com/gmail-mime-boundary-delimiter-timestamps/. In all cases, the decoded MIME boundary timestamp was found to be consistent with the "Date:" value stored in the message header, indicating that the "Date" stamps on the emails identified by Mr. Land and Mr. Troxel are, in fact, true and accurate.

---

[1] https://en.wikipedia.org/wiki/MIME

Date:   04/02/2021

The statement that "*small items such as "AM" or "PM" or time zones … are found in any standard email*" made by Mr. Land and Mr. Troxel is a generalization not borne out by the evidence or any documentation in Mr. Land's report.  While 12-hour time notation including AM/PM may be a convention in the United States, it is not a global standard and it is certainly not a requirement for transmission of an email.

As part of my analysis for this matter, I have reviewed over 100 emails sent to High Noon employees from Patrick Jager's account (pjager@highnoontv.com), many of which I understand were produced to plaintiff's counsel in March of 2021.  In this set of emails, I see a **consistent** absence of "AM" and "PM" in timestamps created in the message body when emails were replied to and then sent from Mr. Jager's High Noon account, whether from his Mac computer or his iPhone.  This consistent absence of "AM" and "PM" in timestamps does not indicate alteration or manipulation of such emails.

Mr. Land and Mr. Troxel also suggest as an indicator of possible manipulation the presence of a space after the timestamp and before the third comma in the text inserted into the message body when a message is replied to by Mr. Jager, *e.g.*:

> *On Feb 20, 2014, at 5:50 , Dan Lehan <dlehan@highnoontv.com> wrote:*

This extra space, as with the absence of AM/PM above, is entirely consistent across the set of emails sent from Mr. Jager's Mac that I reviewed.

Rather than interpret these artifacts as evidence of tampering, my conclusion is that the most likely and most plausible explanation is that the operating system on the email user's Mac computer was configured to substitute a space for AM and PM when presenting time in the Mac's user interface and applications. By way of example only, this is simple to do – see https://support.apple.com/guide/mac-help/change-formats-display-dates-times-mh27073/10.13/mac/10.13

In sum, given the **consistency** of the absence of the AM/PM text and the extra space in Mr. Jager's email messages across different strings of email communications, it is implausible that any email manipulation or alteration occurred.  Rather, these artifacts are the result of normal/typical user laptop application and interface settings.

3.      Another of Mr. Land's conclusions is likewise flawed, wherein he addresses the alleged variations in Mr. Jager's and Ms. Weidhorn's signature blocks:

> *Signature blocks of Mr. Patrick Jager and Ms. Lindsey Weidhorn vary from email to email where again the individuals responsible for modifying these documents failed to pay attention to detail. Computer-generated email signature blocks are*

Date:   04/02/2021

> built into the email system of the user and are generated with the writing of an email.

A more careful review of email signature blocks in chronological order clearly shows that Mr. Jager's name and title changed from mixed-case to all lowercase on or around April 24, 2014 (HIGHNOON_02296), and was updated again on or around May 29, 2014, when a High Noon graphic was added (HIGHNOON_01731).

Likewise, emails sent from Mr. Jager's iPhone, as opposed to his Mac computer, have the signature line "*...yep, you've been iPhoned...*", which is a custom setting that differs from the Apple default setting of "*Sent from my iPhone.*" (HIGHNOON_01633)

The timestamps inserted into the message body on replies sent from the iPhone have 24-hour time notation, *e.g* (HIGHNOON_01633):

> *On May 8, 2014, at 19:17, Katie Neff <kneff@highnoontv.com> wrote*

A review of all of these emails, taken together, indicates that emails sent by Mr. Jager should not have been expected to conform to a standard or fixed date format or design as Mr. Land suggests.

I did not find any examples in Mr. Land's report of his specific allegations about Ms. Weidhorn's email signature block, but I again note that email signatures can vary over time, across email applications and devices, and such variances are not indicative or evidence of any malfeasance.

4.  My report now addresses the specific records identified as having been reviewed and commented on by Mr. Land and Mr. Troxel in their declarations.

### HIGHNOON_00122

For the April 22, 2014 email produced as HIGHNOON_00122, Mr. Land's report appears to display two email addresses (kneff@highnoontv.com and lweidhorn@scrippsnetwork.com) in the "From:" field, which, if true, would be a strong indicator of manipulation. However, only the actual sender of the email (lweidhorn@scrippsnetwork.com) is listed in the "From:" field of the copy of HIGHNOON_00122 that I have reviewed.

Mr. Land further suggests that a deviation in the display of Ms. Weidhorn's email address in all lowercase (as opposed to mixed case) is evidence of manipulation.  I disagree.

Date:     04/02/2021

While it is correct that this email address is typically displayed in mixed-case, I have examined the email collected from High Noon's Google Vault and this is indeed the way is it seen in the headers of the email:

>From: "Weidhorn, Lindsey" <LWeidhorn@scrippsnetworks.com>
>To: Katie Neff <kneff@highnoontv.com>
>CC: Dana Kopper <dkopper@highnoontv.com>, Patrick Jager <pjager@highnoontv.com>, Dan Lehan <dlehan@highnoontv.com>
>Subject: Re: 2 Chicks Budget

A copy of this email is attached to this report as **Exhibit 2**.

As the copy collected from Google Vault has the mixed-case display, the most likely explanation for what Mr. Land observed, in my opinion, is that the lowercase display in HIGHNOON_00122 is an artifact inadvertently introduced during processing of the email by Nuix/Relativity during the creation of the production set by High Noon. The remainder of the email content is identical in all versions and does not show any evidence of manipulation.

Mr. Land further states that:

> *This file contains inappropriate time stamps from the same location and unconventional email characteristics in the SMTP data including the spacing where the loop-back addressing (127.0.0.1) is present.*

It is not possible for me to determine what Mr. Land intends by "inappropriate time stamps from the same location" here. While it is true that there is a space in the header after one of the IP addresses, nothing in the technical standards or email analysis methodologies suggest that this is "unconventional" or evidence of manipulation.

Mr. Land claims that a mixed-case "Cc" found in the body of the email is inconsistent with "normal email standards." This is incorrect. It would be true for entries in the message header, but the mixed-case display is the default condition for an Outlook email client when, as is the case here, it appears in the message body when a message is replied to.

Finally, and as discussed above, the lack of an AM or PM indicator in timestamps in emails created by Mr. Jager replying to a message is a constant, and is not an indicator of any manipulation.

A review of the same email from Epiq's collection from High Noon's Google Vault system (HIGHNOON_02235) reveals the identical substantive email content and supports the conclusion that the emails were not altered or manipulated in any way.

Date:    04/02/2021

### HIGHNOON_00121

For the April 28, 2014 email produced as HIGHNOON_00121, Mr. Land's report improperly transposes two addresses between the "From:" and "To:" fields and leaves out one of the addresses seen in the "To:" field (dkopper@highnoontv.com).

As noted above, it is unclear what Mr. Land means by "inappropriate time stamps from the same location," but as noted above nothing in the technical standards or email analysis methodologies suggest that this is "unconventional" or evidence of manipulation.

A review of the same email from Epiq's collection from High Noon's Google Vault system (HIGHNOON_02205) reveals the identical substantive email content and supports the conclusion that the emails were not altered or manipulated in any way.

### HIGHNOON_00130

For the June 30, 2014 email produced as HIGHNOON_00130, Mr. Land's report again improperly transposes the addresses in the From:" and "To:" fields.

Mr. Land further notes that:

> *When you view the number of recipients in this email, it is overwhelmingly apparent that the SMTP data is grossly wrong and lacking as there are an insufficient number of Internet Protocol (IP) addresses associated with the number of email addresses.*

It is unclear why Mr. Land expects a correlation between the number of participants in the email thread and the number of IP addresses in the message header, but it is noteworthy that this is an email sent by Ms. Neff. As the email was collected from Ms. Neff's High Noon mailbox, I would not necessarily expect to see the same amount of routing information (IP addresses, etc.) in the message headers as on an incoming email that had been sent **to** Ms. Neff.

Mr. Jager was the only High Noon employee who was a recipient of this email. It is my understanding that he left the company more than five years ago and that no archive of his email data is in High Noon's possession, custody and control. Collection of the email as it existed in his mailbox is therefore not possible.

The message header in the copy of the email collected from Google Vault includes the MIME boundary value of 001a11c1e5ce1eaa6304fd14bf75, which, when decoded,



Date:   04/02/2021

shows that the email was sent on June 30, 2014.  A copy of this email is attached to this report as **Exhibit 3**.

As documented above, the changes to Mr. Jager's email signature block over time are plain to see when a number of his emails are viewed in chronological order and Mr. Land's insinuation that this is evidence of manipulation after the fact is not supported by the evidence.

A review of the same email from Epiq's collection from High Noon's Google Vault system (HIGHNOON_03229) reveals the identical substantive email content and supports the conclusion that the emails were not altered or manipulated in any way.

### HIGHNOON_00153

For the June 3, 2014 email produced as HIGHNOON_00153, Mr. Land's report again improperly transposes the addresses in the "From:" and "To:" fields.

As above with HIGHNOON_00130, it is unclear what correlation Mr. Land is expecting to find between the number of recipients and IP addresses in the message headers.

Further, the formatting issue with font changes that Mr. Land asserts is an example of emails being "merged" is not observed in either the MSG or PDF version of HIGHNOON_00153 that I reviewed, and again the email content is consistent.

Moreover, the first line of the message body as it appears in Mr. Land's report contains an extra ampersand ("Hi Mina && Karen"). This is not seen in the copies of this email I have reviewed, creating further doubts about the reliability of Mr. Land's processing of the email data.

A review of the same email from Epiq's collection from High Noon's Google Vault system reveals the identical substantive email content and supports the conclusion that the emails were not altered or manipulated in any way. A copy of this email is attached to this report as **Exhibit 4**.

### HIGHNOON_00179

For the April 4, 2014 email produced as HIGHNOON_00179, Mr. Land's report again improperly transposes the addresses in the "From:" and "To:" fields.

As with HIGHNOON_00130, it may superficially appear that message headers are missing, but this is another email collected from the sender's (Ms. Neff) mailbox and, as such, this email would not be expected to include SMTP routing information.



Date:    04/02/2021

The message header in the copy collected from Google Vault included the MIME boundary value of 001a11c21e90fb5de704f63dfbef, which shows that the email was sent on April 4, 2014. A copy of this email is attached to this report as **Exhibit 5.**

In his declaration, Mr. Troxel again notes the same issue with Ms. Weidhorn's email address being displayed in lowercase as discussed above for HIGHNOON_00122.  As in that case, the most likely explanation, in my opinion is that this is a processing artifact of Nuix/Relativity in the preparation of the materials for production to Plaintiff's counsel.

Finally, the missing AM/PM indicator noted by Mr Troxel is in a timestamp inserted in the message body when Mr. Jager replied to an earlier message and is therefore consistent with many of his other emails in the production set.

A review of the same email from Epiq's collection from High Noon's Google Vault system (HIGHNOON_05076) reveals the identical substantive email content and supports the conclusion that the emails were not altered or manipulated in any way.

### HIGHNOON_00181

For the March 3, 2014 email produced as HIGHNOON_00181, Mr. Land's report again improperly transposes the addresses in the "From:" and "To:" fields.

No message headers for this email are presented in Mr. Land's report, so it is unclear what Mr. Land is basing his conclusion (that the recipient is absent) on. The MSG version of HIGHNOON_00181 that I reviewed has full headers and all recipients are appropriately listed.

Further, the MSG and PDF versions of  HIGHNOON_00181 that I reviewed**,** both present Mr. Jager's signature block in full, while this appears truncated in Mr. Land's report, where Mr. Jager's name is missing.  I can only conclude that this truncation is a result of the tool Mr. Land used to process the email, or it is a manual formatting error made by Mr. Land in the drafting of his report.

In paragraphs 11 and 12 of his declaration, Mr. Troxel raises some of the same formatting issues with the display timestamps (*e.g.*, no AM/PM indicator) as to this email thread.  As discussed above, the lack of AM/PM time stamp is based on the settings of the user's devices that were used to send the email.  As such, this is not an indicator of intentional manipulation.

Mr. Troxel also focuses on the fact that the email addresses are being displayed inside square brackets rather than angle brackets. This is not observed in the near-native MSG version of the email or the file with extracted text, only in the PDF, which is a derivative "image" version created when the emails are processed for production by the



Date:   04/02/2021

Nuix/Relativity system used by High Noon's counsel.  As such, this is not an indicator of intentional manipulation.

In paragraph 12(e), Mr. Troxel notes that the timestamp on the first email in the thread ("Feb 28, 2014, at 5:59 PM") from Mr. Jager appears to be later than the timestamp on the second email in the thread ("Feb 28, 2014, at 4:56"), which is Ms. Weidhorn's reply. This is entirely normal when participants in an email thread are located in different time zones.  I understand that Mr. Jager was based out of Colorado, in the Mountain time zone, and Ms. Weidhorn was based out of New York, in the Eastern time zone.

A review of the same email from Epiq's collection from High Noon's Google Vault system reveals the identical substantive email content and supports the conclusion that the emails were not altered or manipulated in any way. A copy of this email is attached to this report as **Exhibit 6**.

### HIGHNOON_00170

For the February 20, 2014 email produced as HIGHNOON_00170, Mr. Troxel notes that this email "has a different message header than other emails", but does not explain what that difference is alleged to be. Mr. Troxel notes supposed inconsistencies in the display of timestamps in the message body, but this variation is commonly seen when participants in an email thread use different applications to read and send their email.

A review of the same email from Epiq's collection from High Noon's Google Vault system (HIGHNOON_01223) reveals the identical substantive email content and supports the conclusion that the emails were not altered or manipulated in any way.

### HIGHNOON_00207

For the February 20, 2014 email produced as HIGHNOON_00207, Mr. Troxel notes several of the same issues as he did for HIGHNOON_00181 with email addresses being displayed inside square brackets and "missing" AM/PM indicator. As before, the former is a processing artifact, as it is only observed in the PDF version of the email, and the latter is consistent, where Mr. Jager replies to an email.

I incorporate the same conclusions as above for HIGHNOON_00181.

A review of the same email from Epiq's collection from High Noon's Google Vault system (HIGHNOON_01181) reveals the identical substantive email content and supports the conclusion that the emails were not altered or manipulated in any way.

Date:   04/02/2021

### HIGHNOON_00238

For the March 5, 2014 email originally produced as HIGHNOON_00238, Mr. Troxel notes the same supposed inconsistencies as he did for HIGHNOON_00207, which are, in fact, consistent across the production set.  I incorporate the same conclusions as above for HIGHNOON_00207.

A review of the same email from Epiq's collection from High Noon's Google Vault system (HIGHNOON_02796) reveals the identical substantive email content and supports the conclusion that the emails were not altered or manipulated in any way.

### HIGHNOON_00680

For the November 20, 2013 email originally produced as HIGHNOON_00680, Mr. Troxel is correct in stating that this is a PDF generated from a mobile device. This email was subsequently collected in native format and produced as HIGHNOON_01436.

A review of that email supports the conclusion that it was not altered or manipulated in any way.

### HIGHNOON_00752

For the December 9, 2013 email originally produced as HIGHNOON_00752, Mr. Troxel is correct in stating that this is a PDF generated from a mobile device. This email was subsequently collected in native format and produced as TSEILER_00075.

A review of that email supports the conclusion that it was not altered or manipulated in any way.

### HIGHNOON_00754

For the November 22, 2013 email originally produced as HIGHNOON_00754, Mr. Troxel is correct in stating that this is a PDF generated from a mobile device. This email was subsequently collected in native format and produced as TSEILER_00077.

A review of that email supports the conclusion that it was not altered or manipulated in any way.

Date:   04/02/2021

### Compensation

Epiq is being compensated for my time, based on Epiq's rate of $235 per hour for collections and analysis-related services and $395 per hour for testimony-related services.  These fees are not contingent on either the opinions reached by me or the outcome of this action. As of April 2, 2021, the total fees are approximately $7700.

### Reserved Right to Report Revisions

Epiq reserves the right to revise or supplement this report based on any additional or further information provided by either party in this matter.

### Witness Qualifications and Prior Testimony

I have over 20 years of experience working in Information Technology and have worked full-time in the field of Digital Forensics since 2010.  I am a Certified Computer Examiner (CCE), a macOS and iOS Certified Forensic Examiner (MiCFE), and a Cellebrite Certified Physical Analyst (CCPA).  I have performed the acquisition and analysis of hundreds of computer systems and media, including cloud sources, servers, personal computers, and mobile devices.

### Attachments

Exhibit 1 – Lars Schou CV, List of Cases
Exhibit 2 – April 22, 2014 email from Ms. Weidhorn to Ms. Neff
Exhibit 3 – June 30, 2014 email from Ms. Neff to Mr. Jager
Exhibit 4– June 3, 2014 email from Mr. Miller to Mr. Jager
Exhibit 5 – April 4, 2014 email from Ms. Neff to Ms. Weidhorn
Exhibit 6 – March 3, 2014 email from Mr. Jager to Ms. Weidhorn